## Commonwealth *v.* Harris, Appellant.

Submitted September 11, 1972. *Mark S. Levy*, and *Kremer, Krimsky & Luterman*, for appellant; *Albert L. Becker* and *Milton M. Stein*, Assistant District Attorneys, *James D. Crawford*, Deputy District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen*

*Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.